LAW LIBRARY

NO. 29313

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

STEVEN M. ADACHI, Petitioner/Defendant-Appellant.

K. HAMADO CLERK. APPELLATE COURTS STATE OF HAWAI'I

2010 SEP 23 AM 9:31

FILED

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(HPD CR. NO. 07509734 (1P108-00254))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., for the court[1])

Petitioner/Defendant-Appellant Steven M. Adachi's

application for writ of certiorari filed on August 12, 2010, is

hereby rejected.

DATED:  Honolulu, Hawai'i, September 23, 2010.

FOR THE COURT:

_Mwn C. Recktenwald_

Chief Justice

Joyce K. Matsumori-Hoshijo
on the application for
petitioner/defendant-
appellant.

---

[1] Considered by: Recktenwald, C.J., Nakayama, Acoba, and Duffy, JJ., and Circuit Judge Alm in place of Moon, C.J., recused and retired.